AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| PHYLLIS A. EVANS,<br>    Plaintiff,<br><br>v.<br><br><br>JANET NAPOLITANO, *Secretary of*<br>*Department of Homeland Security*,<br>DEPARTMENT OF HOMELAND SECURITY,<br>and AFSD-1 WILLIAM GARY HARRISON,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:10-CV-36-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that defendant's Motion to Dismiss Plaintiff's Amended Complaint [D.E. 12] is GRANTED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JANUARY 6, 2011** WITH A COPY TO:

Janet J. Lennon (via CM/ECF Notice of Electronic filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic filing)


January 6, 2011                              DENNIS P. IAVARONE, Clerk
Date                                               Eastern District of North Carolina

                                                          /s/ Debby Sawyer
                                                          (By) Deputy Clerk

Raleigh, North Carolina